IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MUSCOGEE CREEK NATION, a federally recognized Indian tribe, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:12cv1079-MHT (WO) |
| POARCH BAND OF CREEK INDIANS, a federally recognized Indian tribe, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that the motion to stay (doc. no. 155) is granted, and this case is stayed until April 2, 2018, pending settlement negotiations.

It is further ORDERED that all pending motions are denied with leave to renew.

It is further ORDERED that this case is closed administratively.

DONE, this the 16th day of January, 2018.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE