# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

MUSCOGEE CREEK NATION,      )
a federally recognized      )
Indian tribe, et al.,       )
                            )
        Plaintiffs,         )
                            )        CIVIL ACTION NO.
        v.                  )        2:12cv1079-MHT
                            )            (WO)
POARCH BAND OF CREEK        )
INDIANS, a federally        )
recognized Indian tribe,    )
et al.,                     )
                            )
        Defendants.         )

## JUDGMENT

Pursuant to the stipulated order of dismissal with prejudice (doc. no. 167), it is the ORDER, JUDGMENT, and DECREE of the court that all claims against defendants Flintco, LLC and D. H. Griffin Wrecking Company, Inc. are dismissed with prejudice and said defendants are terminated as parties, with costs taxed as paid. All claims against all other defendants remain.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 2nd day of March, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE