IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MUSCOGEE (CREEK) NATION,     )
a federally recognized       )
Indian tribe, et al.,        )
                             )
     Plaintiffs,             )
                             )    CIVIL ACTION NO.
     v.                      )      2:12cv1079-MHT
                             )
POARCH BAND OF CREEK         )
INDIANS, a federally         )
recognized tribe, et al.,    )
                             )
     Defendants.             )
```

ORDER

Per the agreement of the parties, it is ORDERED that the motions to dismiss (doc. no. 199, 201, 204) are set for submission, without oral argument, on August 6, 2020, with plaintiffs' response brief(s) due on June 22, 2020, and any replies to the response due on August 6, 2020.

DONE, this the 28th day of April, 2020.

                            /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**