IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MUSCOGEE (CREEK) NATION,   )
a federally recognized     )
Indian tribe, et al.,      )
                           )
     Plaintiffs,           )
                           )   CIVIL ACTION NO.
     v.                    )     2:12cv1079-MHT
                           )          (WO)
POARCH BAND OF CREEK       )
INDIANS, a federally       )
recognized Indian tribe,   )
et al.,                    )
                           )
     Defendants.           )
```

### JUDGMENT

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The Tribal Defendants' motion to dismiss (Doc. 201) is granted.  The claims against them are dismissed without prejudice, and these defendants are terminated.

(2) Pursuant to Rule 19 of the Federal Rules of Civil Procedure, the claims against all remaining defendants except defendant Martin Construction, Inc., are dismissed

without prejudice.  These defendants are terminated as parties.

(3) The motions to dismiss filed by these remaining defendants (Doc. 199 & Doc. 204) are denied as moot.

It is further ORDERED that no costs are taxed.

The court recognizes that the proceedings have been stayed as to defendant Martin Construction, Inc., and said defendant has not been dismissed.  If the other parties believe it is necessary for the judgment to be designated as a final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, they may move the court to so designate the judgment.

This case is not closed.

DONE, this the 15th day of March, 2021.

                                   /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE