IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MUSCOGEE (CREEK) NATION, )<br>a federally recognized )<br>Indian tribe, et al., )<br>     ) <br>     Plaintiffs,     )<br>     )<br>   v.     )<br>     )<br>     )<br>MARTIN CONSTRUCTION, INC., )<br>     )<br>     Defendant.     ) | CIVIL ACTION NO.<br>2:12cv1079-MHT<br>(WO) |

**ORDER**

In accordance with the opinion and judgment entered today, it is ORDERED that the clerk of the court is to close this case administratively pending resolution of defendant Martin Construction, Inc.'s bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of Alabama.  *See* Notice of Bankruptcy (Doc. 198).

Because the only party remaining in this case has declared bankruptcy, it is further ORDERED that the parties should inform the court by 5:00 p.m. on March 17, 2021, whether they agree to the court's entering the

following standard order when a party suggests bankruptcy:

> "Defendant Martin Construction, Inc., having made a suggestion of bankruptcy (Doc. 198), and counsel for the parties having informed the court that they do not object to this order, it is the ORDER, JUDGMENT, and DECREE of the court:
>
> (1) That defendant Martin Construction, Inc., is dismissed and terminated without prejudice to the right of any party to petition to reinstate this defendant as a party to pursue any claim embraced herein not adjudicated in or discharged by proceedings in the bankruptcy court;
>
> (2) That such reinstatement, if and when allowed, will cause the filing date of any claim so reinstated to relate back to the original filing date of this action against said party; and
>
> (3) That any petition for reinstatement must be filed by a party within 60 days after the bankruptcy court has taken such action that entitles that party to seek reinstatement.
>
> "The clerk of the court is DIRECTED to mail a copy of this order to the bankruptcy court.
>
> "This case is closed."

DONE, this the 15th day of March, 2021.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**