IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MUSCOGEE (CREEK) NATION,    )
a federally recognized      )
Indian tribe, et al.,       )
                            )    CIVIL ACTION NO.
     Plaintiffs,            )     2:12cv1079-MHT
                            )         (WO)
     v.                     )
                            )
                            )
MARTIN CONSTRUCTION, INC.,  )
                            )
     Defendant.             )
```

**JUDGMENT**

Defendant Martin Construction, Inc., having made a suggestion of bankruptcy (Doc. 198), and counsel for the plaintiffs having informed the court that they do not object to this order (Doc. 226), and bankruptcy counsel for defendant Martin Construction, Inc., having informed the court by email (a copy of which is attached) that said defendant does not object to this order, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That defendant Martin Construction, Inc., is dismissed and terminated without prejudice to the right of any party to petition to reinstate this defendant as

a party to pursue any claim embraced herein not adjudicated in or discharged by proceedings in the bankruptcy court;

(2) That such reinstatement, if and when allowed, will cause the filing date of any claim so reinstated to relate back to the original filing date of this action against said party;

(3) That any petition for reinstatement must be filed by a party within 60 days after the bankruptcy court has taken such action that entitles that party to seek reinstatement; and

(4) That this order is being entered subject to the understanding that it should not adversely affect the plaintiffs' rights to appeal the order, judgment, and opinion of the court entered on March 15, 2021 (Doc. 223, Doc. 224, & Doc. 225).  *See* Pls.' Agreement to Entering Standard Order (Doc. 226) at 1.  If this order does adversely affect such rights, the parties may move the court to vacate it.

The clerk of the court is DIRECTED to mail a copy of this order to the bankruptcy court.

This case is closed, and not just administratively but in full.

DONE, this the 19th day of March, 2021.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**