# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| MUSCOGEE (CREEK) NATION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action Number: |
| POARCH BAND OF CREEK INDIANS, et al., ) | 2:12-cv-01079-MHT-SMD |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

In accordance with this Court's December 12, 2024, Order (Dkt. 242), counsel for Plaintiffs and the Tribal and Federal Defendants have conferred and jointly agree that the Court should not take any action with regard to defendant Martin Construction, and further, no party requests that the Court reinstate Martin Construction to this action.

Respectfully submitted this 19th day of December, 2024.

*s/ Mary Kathryn Nagle*
Mary Kathryn Nagle
Washington D.C. Bar. No. 1033507
P.O. Box 506
McLean, VA 22101
Phone: 202-407-0591
Email: mkn@mknaglelaw.onmicrosoft.com

*Attorney for Plaintiffs*

*s/ Mark Reeves*
Mark H. Reeves, Georgia Bar No. 141847
**Kilpatrick Townsend & Stockton LLP**
1450 Greene St., Enterprise Mill Suite 230
Augusta, GA 30901
Phone: 706-823-4206
Email: mreeves@ktslaw.com
(Admitted *pro hac vice*)

1

        Charles A. Dauphin, ASB-4833-H65C
**Dauphin Paris, LLC**
408 Discovering Cypress Drive
San Marcos, TX 78666
Phone: 205-516-1058
Email: cdauphin@dauphinparis.com

*Attorneys for Tribal Defendants*


TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

*s/ Devon Lehman McCune*
DEVON LEHMAN MCCUNE
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1487
Fax: 303-844-1350
devon.mccune@usdoj.gov

*Attorneys for Federal Defendants*


## CERTIFICATE OF SERVICE

    I hereby certify that on December 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


        */s/ David McKnight*
        David McKnight