IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MUSCOGEE (CREEK) NATION,   )
a federally recognized     )
Indian tribe, et al.,      )
                           )
     Plaintiffs,           )
                           )    CIVIL ACTION NO.
     v.                    )     2:12cv1079-MHT
                           )         (WO)
POARCH BAND OF CREEK       )
INDIANS, a federally       )
recognized Indian tribe,   )
et al.,                    )
                           )
     Defendants.           )
```

### ORDER

This litigation is before the court on plaintiffs' motion for leave to file a third amended complaint and supplemental complaint (hereinafter "proposed amended complaint"). With one exception, the court believes that the issues of delay, prejudice, merits, etc., should be resolved after filing of the proposed amended complaint. The exception is that the plaintiffs should cure the claim-by-claim pleading problem beforehand. *See Muscogee (Creek) Nation v. Rollin*, 119 F.4th 881 (11th 2024).

Accordingly, it is ORDERED that:

(1) The plaintiffs' motion for leave to file a third amended complaint and supplemental complaint (Doc. 252) is conditionally granted.

(2) Before actually filing the proposed amended complaint, the plaintiffs should revise the proposed amended complaint as to counts 21 and 22 so that each legal theory in these two counts is pleaded separately. This revision does not allow for the addition of new factual allegations or claims but merely allows for the separation of the existing theories with clarity.

(3) The plaintiffs should file the revised proposed amended complaint within 14 days from today.

(4) Within 21 days after the filing of the revised proposed amended complaint, the defendants are to file responses to the proposed revised amended complaint.

DONE, this the 10th day of September, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE